**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant, COUNTY OF TEHAMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LENKNER; MATT JACUZZI; FRED BICKERT; EDDIE SAECHAO; JOHN ALDERTON; AARON STANDISH MATHISEN; ELIZABETH MERRY; CONNIE BILTON; RANDOLPH BILTON; AND THE BILTON FAMILY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TEHAMA, a municipal corporation; and DOES 1-50,<br><br>Defendants.<br>_____ / | Case No.: 2:17-cv-01839-JAM-CMK<br><br>**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER**<br>**(AS MODIFIED BY THE COURT)**<br><br>Complaint Filed: 09/05/17 |

This Stipulation is entered into by and between Plaintiffs ROBERT LENKNER, MATT JACUZZI, EDDIE SAECHAO, JOHN ALDERTON, AARON STANDISH MATHISEN, ELIZABETH MERRY, CONNIE BILTON, RANDOLPH BILTON, AND THE BILTON FAMILY REVOCABLE TRUST and COUNTY OF TEHAMA ("Defendant") ("The Parties"). The Parties enter into the stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The Parties have conferred and agree

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

to request to continue the trial date from March 25, 2019 to May 27, 2019, and request that the scheduling order be adjusted accordingly. The Parties agree and propose the following scheduling amendments based on the proposed new trial date:

    Last day to complete discovery:        December 14, 2018

    Last day to file dispositive motions:        February 19, 2019

    Hearing on dispositive motions:        March 19, 2019 at 1:30 p.m.

    Final pre-trial conference:        April 26, 2019 at 11:00 a.m.

    Trial:        June 3, 2019 at 9:00 a.m.

The Parties have good cause to request an extension. Plaintiffs Robert Lenkner and Randolph Bilton have recently suffered serious health problems that will delay the taking of their deposition and their ability to respond to discovery. In addition, Defendant intends to file a summary judgment motion in this matter, but cannot do so until discovery regarding all Plaintiffs has been completed. Therefore, the Parties request a brief 60-day continuance of all deadlines so that Defendant may have the opportunity to defend this matter against Plaintiffs' claims.

**IT IS SO STIPULATED.**

Date: September 5, 2018        PORTER | SCOTT
        A PROFESSIONAL CORPORATION


        By  */s/ David R. Norton*
            Stephen E. Horan
            David R. Norton
            Attorneys for Defendant
            COUNTY OF TEHAMA


Date: September 5, 2018        LAW OFFICE OF SAMUEL C. WILLIAMS


        By:  */s/ Samuel C. Williams (authorized 9/5/18)*
            Samuel C. Williams
            Attorney for Plaintiffs

{01880496.DOCX}    2
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**

## **ORDER (AS MODIFIED BY THE COURT)**

Based upon the Stipulation of the parties, the current scheduling order is modified as set forth above.

**IT IS SO ORDERED.**

**DATED:** 9/5/2018                                /s/ John A. Mendez_____
                                                                  Honorable Judge John A. Mendez

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706