**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant, COUNTY OF TEHAMA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LENKNER; MATT JACUZZI; FRED BICKERT; EDDIE SAECHAO; JOHN ALDERTON; AARON STANDISH MATHISEN; ELIZABETH MERRY; CONNIE BILTON; RANDOLPH BILTON; AND THE BILTON FAMILY REVOCABLE TRUST, | Case No.: 2:17-cv-01839-JAM-CMK **JOINT STIPULATION FOR DISMISSAL AS TO PLAINTIFF MATT JACUZZI AND ORDER** |
| Plaintiffs, | |
| v. | Complaint Filed: 09/05/17 |
| COUNTY OF TEHAMA, a municipal corporation; and DOES 1-50, | |
| Defendants. | |
| _____/ | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiff MATT JACUZZI and Defendant COUNTY OF TEHAMA that this action be dismissed with prejudice as to MATT JACUZZI; each party to bear their own attorneys' fees and costs.

/ / /

/ / /

**IT IS SO STIPULATED.**

Date: November 1, 2018          PORTER | SCOTT
                                A PROFESSIONAL CORPORATION


                                By   */s/ David R. Norton*
                                     Stephen E. Horan
                                     David R. Norton
                                     Attorneys for Defendant
                                     COUNTY OF TEHAMA


Date: November 1, 2018          LAW OFFICE OF SAMUEL C. WILLIAMS


                                By:  */s/ Samuel C. Williams* *(as authorized on 10/31/18)*
                                     Samuel C. Williams
                                     Attorney for Plaintiffs


                          **<u>ORDER</u>**

    Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), this action is hereby ordered dismissed with prejudice as to Plaintiff MATT JACUZZI, each party to bear their own attorneys' fees and costs.

    **IT IS SO ORDERED.**


**DATED:  11/1/2018**                    /s/ John A. Mendez
                                         Honorable Judge John A. Mendez

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706