**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant, COUNTY OF TEHAMA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LENKNER; MATT JACUZZI; FRED BICKERT; EDDIE SAECHAO; JOHN ALDERTON; AARON STANDISH MATHISEN; ELIZABETH MERRY; CONNIE BILTON; RANDOLPH BILTON; AND THE BILTON FAMILY REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF TEHAMA, a municipal corporation; and DOES 1-50, <br><br> Defendants. <br> _____/ | Case No.: 2:17-cv-01839-JAM-CMK <br><br> **JOINT STIPULATION FOR DISMISSAL AS TO PLAINTIFFS THE BILTON FAMILY REVOCABLE TRUST, CONNIE BILTON, RANDOLPH BILTON, ROBERT LENKNER, ELIZABETH MERRY AND AARON STANDISH MATHISEN; AND ORDER** <br><br><br> Complaint Filed: 09/05/17 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between Plaintiffs THE BILTON FAMILY REVOCABLE TRUST, CONNIE BILTON, RANDOLPH BILTON, ROBERT LENKNER, ELIZABETH MERRY AND AARON STANDISH MATHISEN and Defendant COUNTY OF TEHAMA that this action be dismissed with prejudice as to PLAINTIFFS THE BILTON FAMILY REVOCABLE TRUST, CONNIE BILTON, RANDOLPH BILTON, ROBERT LENKNER, ELIZABETH MERRY AND AARON

STANDISH MATHISEN; each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Date: January 15, 2019

PORTER | SCOTT
A PROFESSIONAL CORPORATION


By   */s/ David R. Norton*
       Stephen E. Horan
       David R. Norton
       Attorneys for Defendant
       COUNTY OF TEHAMA


Date: January 15, 2019

LAW OFFICE OF SAMUEL C. WILLIAMS


By */s/ Samuel C. Williams (as authorized on 1/15/19)*
       Samuel C. Williams
       Attorney for Plaintiffs


## <u>ORDER</u>

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), this action is hereby ordered dismissed with prejudice as to Plaintiff THE BILTON FAMILY REVOCABLE TRUST, CONNIE BILTON, RANDOLPH BILTON, ROBERT LENKNER, ELIZABETH MERRY AND AARON STANDISH MATHISEN, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**


**DATED:**  1/15/2019

/s/ John A. Mendez
Honorable Judge John A. Mendez

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**JOINT STIPULATION FOR DISMISSAL AS TO PLAINTIFFS THE BILTON FAMILY REVOCABLE TRUST, CONNIE BILTON, RANDOLPH BILTON, ROBERT LENKNER, ELIZABETH MERRY AND AARON STANDISH MATHISEN; AND ORDER**