# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN ZIU THANG, et al., | No. 2:17-CV-1839-JAM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF TEHAMA, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the court are defendant's motions for terminating sanctions as to plaintiffs Ken Ziu Thang (Doc. 51), Shannon Saetern (Doc. 52), John Alderton (Doc. 53), set for hearing on January 30, 2019. Because the only relief sought by defendant is sanctions based on failure to provide discovery as order by the courts on December 7, 2018, briefing on the current motions is governed by Eastern District of California Local Rule 251(e). Under this rule, responses to defendant's motions were due no later than seven days prior to the hearing date, or by January 23, 2019, in this case. See Local Rule 251(e). A review of the docket reflects plaintiffs have not filed any response to defendant's motion, which are therefore taken off calendar and submitted on the briefs without oral argument.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that;

1. Defendant's motions are submitted on the briefs without oral argument due to plaintiffs' failure to file timely responses thereto; and

2. The hearing set for January 31, 2019, is vacated.

Dated: January 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE