**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant, COUNTY OF TEHAMA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LENKNER; MATT JACUZZI; KEN ZIU THANG; SHANNON F. SAETERN; JOHN ALDERTON; AARON STANDISH MATHISEN; ELIZABETH MERRY; CONNIE BILTON; RANDOLPH BILTON; AND THE BILTON FAMILY REVOCABLE TRUST, | Case No.: 2:17-cv-01839-JAM-DMC |
| | **AMENDED JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER** |
| Plaintiffs, | |
| v. | Complaint Filed: 09/05/17<br>First Amended Complaint: 12/22/17 |
| COUNTY OF TEHAMA, a municipal corporation; and DOES 1-50, | |
| Defendants.<br>_____/ | |

This Stipulation is entered into by and between Plaintiffs KEN ZIU THANG ("THANG"), JOHN ALDERTON ("ALDERTON"), SHANNON SAETERN ("SAETERN") and Defendant COUNTY OF TEHAMA ("Defendant") (collectively, "The Parties") by and through their respective counsel. The Parties enter into the stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b). The Parties have conferred and agree to request the dates be continued according to the following schedule:

Last day to file dispositive motions:     May 7, 2019

| | |
|---|---|
| Hearing on dispositive motions: | June 4, 2019 |
| Joint pre-trial statement: | July 12, 2019 |
| Final pre-trial conference: | July 19, 2019 at 10:00 a.m. |
| Trial: | August 26, 2019 at 9:00 a.m. |

The Parties stipulate that good cause exists to request the scheduling amendments based on the following circumstances. Plaintiffs THANG, ALDERTON, and SAETERN have each failed to respond to written discovery requests, and Plaintiff ALDERTON has failed to appear for his properly noticed deposition on three separate occasions.

In November 2018, Defendant filed a number of motions to compel Plaintiffs to respond to written discovery and appear for deposition. *See* [Docket Nos. 33, 34, 36, 41, 42, 44.] On December 7, 2018, Magistrate Judge Dennis Cota granted Defendant's motions and ordered Plaintiffs to provide verified and notarized responses to Defendant's discovery requests on or before December 14, 2018. [Docket No. 48.] Judge Cota also ordered Plaintiff ALDERTON to appear for his deposition on or before December 14, 2018. *Id.*

The remaining Plaintiffs did not comply with the Court's order.[1] Accordingly, on January 15, 2019, Defendant filed a Motion for Terminating Sanctions as to each remaining Plaintiff based on their failure to comply with this Court's December 7, 2018 Order. [Docket Nos. 51, 52, and 53.] On January 29, 2019, Judge Cota issued an order vacating the January 31, 2019 hearing and taking the matter under submission. [Docket No. 62.] As of the filing of this Stipulation and Proposed Order, this Court has not issued an order regarding Defendant's motions for terminating sanctions against Plaintiff THANG, ALDERTON, nor SAETERN.

In addition, as of the filing of this Stipulation and Proposed Order, Plaintiffs THANG, SAETERN, and ALDERTON have not complied with this Court's December 7, 2018 Order by providing verified and notarized responses to Defendant's written discovery requests, and Plaintiff ALDERTON has not appeared for his deposition. As such, Defendant has been unable to conduct discovery against Plaintiffs, which has impaired Defendant's ability to prepare a motion for

---

[1] Plaintiffs ELIZABETH MERRY, AARON STANDISH MATHIESEN, ROBERT LENKNER, CONNIE BILTON, RANDOLPH BILTON, and THE BILTON FAMILY REVOCABLE TRUST voluntarily dismissed their claims with prejudice. Plaintiffs' counsel has been unable to make contact with the remaining Plaintiffs.

**AMENDED JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

summary judgment and to defend against Plaintiff's claims at trial.

In the event this case is not dismissed pursuant to Defendant's pending motions for terminating sanctions against Plaintiffs THANG, ALDERTON, and SAETERN, Defendant intends to file a summary judgment motion. However, for the reasons described above, Defendant has not been able to complete discovery regarding all Plaintiffs, and Defendant cannot file a summary judgment motion until discovery has been completed. Furthermore, because the dispositive motion deadline is currently set for February 19, 2019, Defendants will not be able to complete discovery of the remaining Plaintiffs who have failed to comply with the Court's order prior to the dispositive motion deadline.

In light of the foregoing circumstances, the Parties, by and through their respective counsel, request a continuance of the trial, the dispositive motion deadline and hearing date, the Joint Pre-trial statement deadline, and the Final Pre-trial Conference so that the Court may issue its order on Defendant's pending motions for terminating sanctions and that, in the event the Court does not dismiss the case, Defendant may complete discovery of the remaining Plaintiffs pursuant to any further order of the Court.

**IT IS SO STIPULATED.**

Date: February 6, 2019                    PORTER | SCOTT
                                          A PROFESSIONAL CORPORATION


                                          By  */s/ David R. Norton*
                                               Stephen E. Horan
                                               David R. Norton
                                               Attorneys for Defendant
                                               COUNTY OF TEHAMA


Date: February 6, 2019                    LAW OFFICE OF SAMUEL C. WILLIAMS


                                          By:  */s/ Samuel C. Williams (authorized 2/6/19)*
                                                Samuel C. Williams
                                                Attorney for Plaintiffs

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**AMENDED JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**

## <u>ORDER</u>

Based upon the Stipulation of the parties, the current scheduling order is modified as set forth above.

**IT IS SO ORDERED.**


**DATED:** 2/6/2019                                    /s/ John A. Mendez_____
                                                     Honorable Judge John A. Mendez

**AMENDED JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND [PROPOSED] ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706